UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| EVAN STEIN, M.D., Ph.D. | : | Case No. 1:12-cv-605-SKB |
| | : | |
| Plaintiff, | : | Magistrate Judge Stephanie Bowman |
| | : | |
| -vs- | : | |
| | : | **NOTICE OF APPEAL** |
| MARY MCGOWAN, M.D. | : | |
| | : | |
| Defendant. | : | |

Notice is hereby given that Mary McGowan, M.D., Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered in this action on the 27th day of February, 2015.

Respectfully submitted,

**/s/ Brian P. Gillan**
Randolph H. Freking (0009158)
Brian P. Gillan (0030013)
FREKING & BETZ, LLC
525 Vine Street, 6th Floor
Cincinnati, OH 45202
PH: 513/721-1975 - FX: 513/651-2570
*randy@frekingandbetz.com*
*bgillan@frekingandbetz.com*

Trial Attorneys for Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2015, a copy of the foregoing was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail, e-mail and/or facsimile to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's System.

/s/ **Brian P. Gillan**