# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 28, 2015

Ms. Susan L. Butler
Law Offices of Marc Mezibov
401 E. Court Street
Suite 600
Cincinnati, OH 45202

Mr. Randolph H Freking
Freking & Betz
525 Vine Street
Sixth Floor
Cincinnati, OH 45202

Mr. Brian Paul Gillan
Freking & Betz
525 Vine Street
Sixth Floor
Cincinnati, OH 45202

Mr. Marc D. Mezibov
Law Offices of Marc Mezibov
401 E. Court Street
Suite 600
Cincinnati, OH 45202

Re: Case No. 15-3327, *Evan Stein v. Mary McGowan*
Originating Case No. : 1:12-cv-00605

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc: Mr. Richard W. Nagel

Enclosure

No mandate to issue

Case No. 15-3327

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

# ORDER

EVAN STEIN, MD, Ph.D.

    Plaintiff - Appellee

v.

MARY MCGOWAN, MD

    Defendant - Appellant

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

          **ENTERED PURSUANT TO RULE 33,**
          **RULES OF THE SIXTH CIRCUIT**
          Deborah S. Hunt, Clerk

Issued: May 28, 2015